IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| Laura Ross,<br><br>   Plaintiff,<br><br>vs.<br><br>C. A. Brown Enterprises, LLC, D/B/A "ChaseMed Transportation,"<br><br>   Defendant. | Civil Action No.: 3:25-37-JDA<br><br>**NOTICE OF DISMISSAL** |

  COMES NOW, Plaintiff Laura Ross, by and through her undersigned counsel, hereby voluntarily dismisses this case pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure as to Defendant C. A. Brown Enterprises, LLC, D/B/A "ChaseMed Transportation.

             RESPECTFULLY SUBMITTED,

             s/*Emmanuel J. Ferguson, Sr.*
             Emmanuel J. Ferguson, Sr. (Federal Bar #11941)
             FERGUSON LAW AND MEDIATION, LLC
             171 Church Street, Suite 160
             Charleston, South Carolina 29401
             (843) 491-4890  telephone

May 13, 2025
Charleston, South Carolina      emmanuel@fergusonlaborlaw.com